# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MOORE, an individual,<br><br>                         Plaintiff,<br>vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>                        Defendant. | CASE NO. 14cv2361-LAB(KSC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>[Doc. No. 2.] |

On October 6, 2014, plaintiff Paul Moore commenced an action against Carolyn Colvin, the Acting Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. [Doc. No. 1.] Plaintiff also filed an Application to Proceed with his Complaint *in forma pauperis*. [Doc. No. 2.] The Application is in the form of an affidavit. [Doc. No. 2, at p. 2.]

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is

sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, plaintiff's affidavit states that he is unemployed and homeless. Although he does receive a small monthly amount for injuries incurred while in the military, he has no other source of income. The affidavit also states that plaintiff has no property or cash and owes family and friends more than $2,000.00. [Doc. No. 2, at pp. 1-2.] Therefore, the Court finds that plaintiff has submitted an affidavit which sufficiently shows that he lacks the financial resources to pay his filing fee. Accordingly,

IT IS HEREBY ORDERED THAT plaintiff's Application to Proceed with his Complaint *in forma pauperis* is GRANTED. [Doc. No. 2.]

IT IS SO ORDERED.

Date: Nov. 13, 2014

KAREN S. CRAWFORD
United States Magistrate Judge